The People of the State of New York, Respondent, 
against
Vrez Ozbek, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered February 6, 2013, after a nonjury trial, convicting him of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered February 6, 2013, affirmed.
Defendant's claim that the evidence was legally insufficient to establish the intent element of second-degree harassment is unpreserved, and we decline to review it in the interest of justice. As an alternative holding, we reject the claim on the merits. We also find that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the trial court's determinations concerning credibility. The evidence warranted the conclusion that when defendant repeatedly punched and kicked the complainant in the torso, neck and leg, he did so with requisite intent to "harass, annoy or alarm" (see Penal Law § 240.26; People v Hernandez, 123 AD3d 615, 616 [2014], lv denied 25 NY3d 1165 [2015]; People v Mack, 76 AD3d 467, 468 [2010], lv denied 15 NY3d 922 [2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 14, 2017